# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHANISE WILKERSON** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 22-4752** |
| **v.** | : | |
| | : | |
| **SUNBEAM PRODUCTS, INC.** *et al.* | : | |
| *Defendants* | : | |

## TRIAL SCHEDULING ORDER

**AND NOW**, this 28th day of August 2025, the parties having telephonically attended the final pretrial conference, it is hereby **ORDERED** that:

1. This matter is listed for a trial date certain on Monday, August 10, 2026, at 9:30 A.M. with jury selection to commence on Friday, August 7, 2026, at 9:30 A.M., in Courtroom 8B, United States Courthouse, 601 Market Street, Philadelphia, PA.  The trial is expected to last five to seven (5-7) days.

2. All motions *in limine*, if any, shall be filed by May 15, 2026, with a courtesy copy of each motion submitted to the Court.  Responses to motions *in limine*, if any, shall be filed within fifteen (15) days of the filing of the motion *in limine*, with a courtesy copy of each response submitted to the Court.

3. No later than May 15, 2026, the parties, jointly or individually, shall file a proposed verdict form, voir dire questions, special interrogatories to the jury, if any, and proposed jury instructions on substantive issues, with courtesy copies submitted to the Court.  Each party shall provide the Court with the party's trial memorandum summarizing the pertinent facts and legal issues involved in the case, as well as one (1) complete set of each party's pre-marked, tabbed trial exhibits in a binder.

4. There will be no extensions of the deadlines established herein, absent good cause.  Counsel and all parties are to be prepared to commence trial, as scheduled.  All counsel are hereby attached for trial.[1]

BY THE COURT:
/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1]   Counsel are reminded that if they wish to obtain daily, expedited, or three (3) day transcripts, such requests must be submitted to the Clerk's Office Transcript Department at least three (3) days before the scheduled trial.