# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHANISE WILKERSON,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | **NO. 22-4752** |
| v. | : | |
| | : | |
| **SUNBEAM PRODUCTS, INC.,** *et al.*, | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 27th day of July 2026, upon consideration of Defendants' unopposed *motion to continue trial*, (ECF 89), the telephonic status conference held today with all counsel, and for good cause shown, it is hereby **ORDERED** that Defendants' motion is **GRANTED.** Accordingly, jury selection is rescheduled for **Friday, January 8, 2027**, at 9:30 A.M.; and the jury trial on **Monday, January 11, 2027**, at 9:30 A.M. in Courtroom 8B, United States Courthouse, 601 Market Street, Philadelphia, PA.  The trial is expected to last five days.

It is further **ORDERED** that:

1. No later than October 9, 2026, the parties, jointly or individually, shall file a proposed verdict form, voir dire questions, special interrogatories to the jury, if any, and proposed jury instructions on substantive issues, with courtesy copies submitted to the Court. Each party shall provide the Court with the party's trial memorandum summarizing the pertinent facts and legal issues involved in the case, as well as one (1) complete set of each party's pre-marked, tabbed trial exhibits in a binder.
2. There will be no extensions of the deadlines established herein, absent good cause. Counsel and all parties are to be prepared to commence trial, as scheduled.  All counsel are hereby attached for trial.[1]

BY THE COURT:
/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1]    Counsel are reminded that if they wish to obtain daily, or expedited transcripts, such requests must be submitted to the Clerk's Office Transcript Department at least three days before the scheduled trial.